IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MILTON VERAN WILLIAMS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-03-281-C |
| | ) | |
| CRAIG PLATT, et al., | ) | |
| | ) | |
| Defendants | ) | |

MEMORANDUM OPINION AND ORDER

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on March 31, 2005. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and Defendants' Motion to Dismiss is GRANTED on the claims involving (1) denial of medical treatment on or before January 12, 2001, and (2) the use of excessive force, seizure of legal documents, and destruction of personal property on September 6, 2000. The Motion to Dismiss is DENIED on the claims involving (1) Defendants Logan County, Platt, Richardson, Kutay, Woodward, Tucker, Williams, and Crenshaw for denial of medical treatment between March and June 2001; and (2) Messrs. Sugrue, Richardson, Woodward,

and Scott for promotion of an inmate assault on November 8, 2001. A judgment will enter at the conclusion of the case.

    IT IS SO ORDERED this 29th day of April, 2005.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge