IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MILTON VERAN WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case Number CIV-03-281-C |
| CRAIG PLATT, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 24, 2005, Magistrate Judge Robert E. Bacharach entered a Report and Recommendation urging dismissal of Plaintiff's request for a temporary restraining order and denial of Plaintiff's request for a preliminary injunction. Plaintiff was advised of his right to object on or before November 14, 2005. Within that time period Plaintiff sought and was granted an extension which made his objection due not later than December 23, 2005. As of the date of this Order, no such objection has been filed. Accordingly, the Court adopts in its entirety the thorough and well-reasoned Report and Recommendation (Dkt. No. 224) of the Magistrate Judge, DISMISSES Plaintiff's request for a temporary restraining order, and DENIES his request for a preliminary injunction.

IT IS SO ORDERED this 18th day of January, 2006.

ROBIN J. CAUTHRON
United States District Judge