IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MILTON VERAN WILLIAMS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No. CIV-03-281-C |
| ) | |
| CRAIG PLATT, et al., ) | |
| ) | |
| Defendants ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on September 29, 2006. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted. Plaintiff's request for a temporary restraining order is dismissed and his application for a preliminary injuction is denied.

IT IS SO ORDERED this 30th day of October, 2006.

_____
ROBIN J. CAUTHRON
United States District Judge